UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J6ERS WERE TORTURED IN THE DC GULAG,<br><br>Petitioner,<br><br>v.<br><br>HARMEET K. DHILLON, in her official capacity as Assistant Attorney General for the Civil Rights Division,<br><br>Respondent. | Civil Action No. 26-03013 (CKK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brett S. Covington as counsel for Defendant in this action.

Dated: September 28, 2026

Respectfully submitted,

By: *_/s/ Brett S. Covington_*
BRETT S. COVINGTON
D.C. Bar #1003835
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-0888
Brett.Covington@usdoj.gov

*Counsel for Defendant*