UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J6ERS WERE TORTURED IN THE DC GULAG,<br><br>*Petitioner*,<br><br>v.<br><br>HARMEET K. DHILLON, in her official capacity as Assistant Attorney General for the Civil Rights Division, U.S. Department of Justice,<br><br>*Respondent*. | Civil Action No. 1:26-cv-3013 (CKK) |

**SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Andrew I. Warden, an attorney with the United States Department of Justice, Civil Division, Federal Programs Branch, and remove the appearance of Assistant United States Attorney Brett S. Covington as counsel for Respondent in the above-captioned case.

Dated: September 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ *Andrew I. Warden*
ANDREW I. WARDEN (IN Bar No. 23840-49)
Assistant Branch Director
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-5084
Fax: (202) 616-8470

Email: Andrew.Warden@usdoj.gov

*Counsel for Respondent*