**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| J6ERS WERE TORTURED IN THE DC GULAG,<br><br>Petitioner,<br><br>v.<br><br>JESUS A. OSETE, in his official capacity as Acting Assistant Attorney General for Civil Rights,<br><br>Respondent. | Case No. 1:26-CV-3013-CKK |

**RESPONDENT'S MOTION TO DISMISS**

Respondent[1] hereby moves to dismiss Petitioner's Complaint under Federal Rule of Civil Procedure 12(b)(1). A memorandum of points and authorities in support of that motion, and a proposed order, is attached.

[1] Harmeet K. Dhillon was sued solely in her official capacity as Assistant Attorney General for the Civil Rights Division, U.S. Department of Justice. The current Acting Assistant Attorney General for Civil Rights is Jesus A. Osete. *See* 5 U.S.C. § 3345(a)(1). Under Federal Rule of Civil Procedure 25(d), as Ms. Dhillon's successor, Mr. Osete is now the substituted respondent.

DATED: November 10, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General

*/s/ Andrew I. Warden*
ANDREW I. WARDEN (IN 23840-49)
Assistant Director
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 616-5084
Email: andrew.warden@usdoj.gov

*Attorney for Respondent*